IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**CLINTON E. FRONTERHOUSE,**               07-CV-6277-BR

      Plaintiff,                    JUDGMENT OF REMAND

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social**
**Security,**

      Defendant.


**KATHRYN TASSINARI**
**MARK MANNING**
Harder Wells Baron & Manning, PC
474 Willamette St., Suite 200
Eugene, Oregon  97068
(503) 343-4527

      Attorneys for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**BRITTANIA I. HOBBS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
(503) 727-1053

1  -  JUDGMENT

**DAVID MORADO**
Office of the General Counsel
**DAVID R. JOHNSON**
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, WA  98104-7075
(206) 615-2545

       Attorneys for Defendant

    Based on the Court's Opinion and Order issued November __, 2008,

    **IT IS ADJUDGED** this matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the immediate calculation and award of benefits.

    DATED this 26th day of November, 2008.

                                       /s/ Anna J. Brown
                                       ANNA J. BROWN
                                       United States District Judge